# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **RICHARD HERSHEY** | **CIVIL ACTION NO. 5:21-CV-00460 TAD** |
| **v.** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF BOSSIER CITY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## NOTICE OF APPEAL

COMES now the Plaintiff, Richard Hershey, by and through his attorneys, M. Keith Wren and Sarah Giglio, and for his Notice of Appeal, states:

1. Notice is hereby given that the Plaintiff in the above styled cause, Richard Hershey, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order granting the Separate Defendants' City of Bossier City, Officer Daniel Stoll, and Deputy Marshall Robert Gilbert's motion to dismiss and/or judgment on the pleadings and the judgment entered in this action on the 24th day of September, 2021, and from the Magistrate's Report and Recommendation entered in this action on the 23rd day of August, 2021.

2. Notice is hereby given that the Plaintiff in the above styled cause, Richard Hershey, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order granting the Separate Defendants' David Smith, Tyshon Harvey, and Eugene Tucker's motion to dismiss and the judgment entered in this action on the 17th day of November, 2021 and from the Magistrate's Report and Recommendation entered in this action on the 1st day of November, 2021.

Respectfully submitted,

/s/ M. Keith Wren
M. Keith Wren, Ark. Bar #94107
11300 Executive Center Dr.
Suite A
Little Rock, AR 72211
tel. 501-223-0025
fax. 501-223-5309
mkwren@wrenlawfirm.com

s/ Sarah R. Giglio
Sarah R. Giglio, LA Bar Roll #: 36272
Attorney at Law
Gilmer & Giglio, LLC
3541 Youree Drive
Shreveport, Louisiana 71105
tel. 318-459-9111
fax. 318-602-4716
sarah@gilmergiglio.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I served a copy of the above and foregoing on counsel of record for the Defendants via the Court's CM/ECF filing system.

Layne A. Clark
Marjorie L. Frazier
Reid A. Jones
P.O. Box 21990
Shreveport, LA 71120-1990

Sidney W. Degan, III
400 Poydras St., Ste. 2600
New Orleans, LA 70130

Mandy A. Simon
600 Jefferson St., Ste. 800
Lafayette, LA 70501

/s/ M. Keith Wren