United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 8, 2025

Lyle W. Cayce
Clerk

No. 21-30754

Richard Hershey,

*Plaintiff—Appellant*,

versus

City of Bossier City; Bobby Gilbert, *Individually and in his Capacity as Deputy Marshal*; Daniel Stoll; David Smith; Tyshon Harvey; Eugene Tucker,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:21-CV-460

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT